KEKER & VAN NEST, LLP
MARK A. LEMLEY - (Calif. Bar No. 155830) *Pro Hac Vice*
BRIAN L. FERRALL - (Calif. Bar No. 160847) *Pro Hac Vice*
SANDEEP MITRA - (Calif. Bar No. 244054) *Pro Hac Vice*
BENJAMIN BERKOWITZ – (Calif. Bar No. 244441) *Pro Hac Vice*
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants and Counterclaim Plaintiffs

WORKBRAIN, INC. and WORKBRAIN CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PARK CITY GROUP, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>WORKBRAIN, INC., a Delaware corporation; and WORKBRAIN CORPORATION, a Canadian corporation,<br><br>                      Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:06cv289-DB<br><br>The Honorable Dee Benson |
| WORKBRAIN, INC., a Delaware corporation; and WORKBRAIN CORPORATION, a Canadian corporation,<br><br>                      Counterclaim Plaintiffs,<br><br>v.<br><br>PARK CITY GROUP, INC., a Delaware corporation,<br><br>                      Counterclaim Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Counterclaim Plaintiffs Workbrain, Inc. and Workbrain Corp. hereby dismiss with prejudice all causes of action alleged against Counterclaim Defendant Park City Group Inc. in their counterclaims filed May 16, 2006.

Dated: April 15, 2008

Respectfully submitted,

KEKER & VAN NEST LLP

By: /s/
Mark Lemley
Brian Ferrall
Sandeep Mitra
Benjamin Berkowitz

Attorneys for Workbrain, Inc. and Workbrain Corp..

AGREED & ACCEPTED:

Dated: April 15, 2008

STOEL RIVES LLP

By: /s/
Marc T. Rasich
Kory Christensen
David L. Mortensen
D.J. Williams
Mathew C. Phillips

Attorneys for Park City Group, Inc.